# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2021

161342

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JONATHAN CASTILLO,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
*Justices*

SC: 161342
COA: 351195
Berrien CC: 2009-015174-FC

By order of February 12, 2021, the prosecuting attorney was directed to answer the application for leave to appeal the March 10, 2020 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2021



t0616

Clerk